**Electronically Filed
Intermediate Court of Appeals
30202
20-SEP-2012
08:57 AM**

NO. 30202

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


KEVIN J. MILNES, Plaintiff-Appellant,
v.
KIEWIT PACIFIC CO., Defendant-Appellee,
and
JOHN DOES 1-5; JANE DOES 1-5; DOE CORPORATIONS 1-5;
DOE PARTNERSHIPS 1-5; NON-PROFIT ORGANIZATIONS 1-5;
and DOE GOVERNMENTAL AGENCIES 1-5, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 07-1-1987)


ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon review of the "Stipulation for Dismissal with Prejudice of Plaintiff-Appellant Kevin J. Milnes' Complaint, filed on October 22, 2007 and Subsequent Appeal, Initiated on November 24, 2009" (Stipulation to Dismiss Appeal) filed on September 14, 2012 by the parties hereto, and in consideration of the record and files in this case, it is hereby ordered that the Stipulation to Dismiss Appeal is approved and this appeal is

dismissed with prejudice.  Each party to bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawai'i, September 20, 2012.

Presiding Judge

Associate Judge

Associate Judge

2